**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
November 29, 2011

Lyle W. Cayce
Clerk

No. 11-30685
Summary Calendar

KELVIN WELLS,

                              Plaintiff-Appellant,

versus

TRANSOCEAN TERMINAL OPERATORS;
WIRE ROPE CORPORATION OF AMERICA; TIMOTHY TRAYNOR;
HERFURTH CORPORATION; GHI INSURANCE COMPANY;
FOREST LINES, INCORPORATED; PROJECTS EQUIPMENT COMPANY,

                              Defendants-Appellees.

Appeal from the United States District Court
for the Middle District of Louisiana
No. 3:11-CV-19

Before REAVLEY, SMITH, and PRADO, Circuit Judges.

PER CURIAM:[*]

Kelvin Wells sued, claiming that his father was mortally wounded when

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 11-30685

a crane operator swung a load into him. He asserts that the act was intentional and the result of drug use aboard the vessel. He alleges civil rights violations, intentional homicide, and wrongful death aboard a marine vessel.

In a thorough and convincing report and recommendation, the magistrate judge recommended that the claims be dismissed *sua sponte* as frivolous under 28 U.S.C. § 1915(e). Wells objected. The district court approved the report and recommendation and dismissed.

Wells appeals *pro se*. His brief is difficult to understand and, for its argument section, contains only about three pages of narrative that cannot reasonably be read to assign specific error to the actions of the district court. In any event, the reasoning of the magistrate judge is sound. The judgment is AFFIRMED, essentially for the reasons expressed in the report and recommendation.